IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERMAN MCCOY | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA | : | NO. 21-1458 |
| DWAYNE HANDY | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al | : | NO. 24-1905 |
| JAMAAL SIMMONS | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al | : | NO. 19-1648 |
| JAMES FRAZIER | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al | : | NO. 19-1692 |
| DARNELL POWELL, et al | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al | : | NO. 19-2155 |
| ARKEL GARCIA | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al | : | |

|  |  |  |
|---|---|---|
|  | : | NO. 21-2884 |
| RAFIQ DIXON | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| CITY OF PHILADELPHIA, et al | : |  |
|  | : | NO. 23-1650 |
| MARVIN HILL | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| CITY OF PHILADELPHIA, et al | : |  |
|  | : | NO. 23-1002 |
| CURTIS KINGWOOD | : | CIVIL ACTION |
| v. | : |  |
| CITY OF PHILADELPHIA et al | : | NO.24-4681 |
| RONALD THOMAS | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
| CITY OF PHILADELPHIA et al | : | NO.24-4914 |
| DONTA REGUSTERS | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
| CITY OF PHILADELPHIA | : | NO. 25-865 |
| COREY GIBBS | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
| CITY OF PHILADELPHIA | : | 25-2810 |

ORDER

AND NOW, this 3rd day of October, 2025, upon consideration of the submissions from counsel regarding settlement and follow-up calls with counsel in certain of the captioned cases, Judge Hey is not scheduling settlement talks at this time. Nevertheless, any counsel wishing to discuss potential settlement talks is invited to submit a request to chambers_of_magistrate_judge_elizabeth_hey@paed.uscourts.gov, either ex parte or shared with opposing counsel, identifying the case and the current proposed settlement positions.

BY THE COURT:

/s/ ELIZABETH T. HEY

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE